AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-21609

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CWC of Miami, Inc, DBA Las Palmas Restaurant REG Mario Ferrari Megalhaes

was received by me on *(date)* 5/9/17.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MARIO JOSE MAGALHAES-owner- FATHER OF MARIO FERRARI MAGALHAES, who is designated by law to accept service of process on behalf of *(name of organization)* CWC OF MIAMI INC DBA LAS PALMAS Restaurant 209 SE 1ST St MIAMI, FL 33131 @ 1:19 p.m on *(date)* 5/17/17 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 5/19/17

[signature]
*Server's signature*

Neil Valselberg - Process Server - #2250
*Printed name and title*

1001 NE 180TH TERRACE
NORTH MIAMI BEACH, FL 33162
305-968-4439
*Server's address*

Additional information regarding attempted service, etc:

MARIO JOSE Magalhaes Signed my copy He stated again the Mario "ferrari" is his son as he never comes to the restaurant he is a full time student, has nothing to do with the business.
65, M, W, 5'6", 150LBS, Gray brown hair, no glasses

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

RAMON MATOS and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

C.W.C. OF MIAMI INC., d/b/a LAS PALMAS RESTAURANT, MARIO FERRARI MAGALHAES,

Defendants.

1:17-cv-21609-RNS

5/17/17
1:19 P.m
NV #2250

JOSE
MARIO MAGALHAES

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
C.W.C. Of Miami Inc., d/b/a Las Palmas Restaurant,
Registered Agent: Mario Ferrari Magalhaes
209 S.E. 1st St
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/01/2017

Father
65, m, W, 5'6, 155LB, gry Brn hair, no glasses

5/17/17
1:19

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts