RAMON MATOS  
PLAINTIFF  
versus  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA (MIAMI)  
CASE 1:17-CV-21609-RNS  

C. W. C. OF MIAMI INC.  
DBA  
LAS PALMAS RESTAURANT  
AND  
MARIO FERRARI MAGALHAES  
DEFENDANTS  

JUDGE ROBERT N. SCOLA, JR  
MAGISTRATE JUDGE EDWIN G. TORRES  
FBN 98227 ULLMAN  
FBN 115413 BURGOS  

### AFFIDAVIT OF MARIO JOSÉ MAGALHAES
### FILED BY C. W. C. OF MIAMI INC. D.B.A. LAS PALMAS RESTAURANT AND MARIO FERRARI MAGALHAES

I Mario José Magalhaes, after being duly sworn under penalties of perjury, state:

1. I am not now, nor have I ever been, an officer, a managing or general agent, or any other agent authorized by appointment or by law to received service of process for "C. W. C. of Miami Inc." See the attached Florida Department of Corporations' Online "Detail by Entity" for "C.W.C of Miami Inc."

2. "C. W. C. of Miami Inc." owns and operates a restaurant at 209 SE First Street, Miami Florida.

3. On May 17, 2017, while I was at C. W. C. of Miami Inc., Process Server # 2250 handed me the summons and complaint in this case. The Summons is directed to Mario Ferrari Magalhaes. I told the Process Server that I am not Mario Ferrari Magalhaes and Mario Ferrari Magalhaes was not present at the restaurant.

### NOTARIZATION

_____  
Mario Jose Magalhaes

Miami-Dade County, Florida

Mario Jose Magalhaes appeared before me on June 2, 2017 and executed this Affidavit after being put under oath and advised of the penalties of perjury. Mario Jose Magalhaes presented this identification to me: FL Drivers License.

ROSENNY BURGOS  
Notary Public - State of Florida  
Commission # FF 205582  
My Comm. Expires Apr 28, 2019  
Bonded through National Notary Assn.

_____  
Notary Public

1

## CERTIFICATE OF E-FILING AND E-SERVICE

This document was E-filed and E-served on June 2, 2017 to:

Neil Tobak
J.H. Zidell P.A.
300 71st Suite 605
Miami Beach, FL 33141
P 305-773-3269
ntobak.zidellpa@gmail.com

Rivkah Fay Jaff
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
P 305 865-6766
rivkah.jaff@gmail.com

Jamie H. Zidell
300 71st Street
Suite 605
Miami Beach, FL 33141
P 305-865-6766
F 305-865-7167
zabogado@aol.com

/s/ Bill Ullman                    /s/ Rosenny Burgos
1 NE 2 Ave
Suite 200
Miami, FL 33132
Executive Assistant Maribel Garcia
Attys for C. W.C. of Miami Inc. D.B.A. Las Palmas
Restaurant and Mario Ferrari Magalhaes
P 305-358-0284
F 888-441-7019
C 305-358-0284
bill@billullman.com
rburgos@billullman.com

aff MJM Jose 6-2-2017



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

**Florida Profit Corporation**
**C.W.C. OF MIAMI INC.**

## Filing Information

| | |
|---|---|
| **Document Number** | P96000082546 |
| **FEI/EIN Number** | 65-0702793 |
| **Date Filed** | 10/07/1996 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 01/19/2016 |
| **Event Effective Date** | NONE |

## Principal Address

209 SE 1ST
MIAMI, FL 33131

Changed: 04/21/1997

## Mailing Address

209 SE 1ST
MIAMI, FL 33131

Changed: 04/21/1997

## Registered Agent Name & Address

MAGALHAES, MARIO FERRARI
209 SE 1ST
MIAMI, FL 33131

Name Changed: 04/26/2016

Address Changed: 04/21/1997

## Officer/Director Detail

**Name & Address**

Title PTSD

MAGALHAES, CARLA LUIGIA FERRARI
209 SE 1ST
MIAMI, FL 33131

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2015 | 04/27/2015 |
| 2016 | 04/26/2016 |
| 2017 | 03/22/2017 |

## Document Images

| | |
|---|---|
| 03/22/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2016 -- Amendment | View image in PDF format |
| 04/27/2015 -- ANNUAL REPORT | View image in PDF format |
| 10/20/2014 -- Amendment | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2009 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2003 -- ANNUAL REPORT | View image in PDF format |
| 06/27/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/10/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/06/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/28/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/21/1997 -- ANNUAL REPORT | View image in PDF format |
| 10/07/1996 -- DOCUMENTS PRIOR TO 1997 | View image in PDF format |

Florida Department of State, Division of Corporations