UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21609-CIV-RNS

RAMON MATOS and all others similarly )
situated under 29 U.S.C. 216(b), )
            )
      Plaintiff, )
vs. )
            )
C.W.C. OF MIAMI INC., d/b/a LAS )
PALMAS RESTAURANT, )
MARIO JOSE MAGALHAES, )
            )
      Defendants. )
_____ )

## JOINT INTERIM STATUS REPORT

Plaintiff and Defendants, pursuant to this Court's Scheduling Order [DE30], the Parties file the following Joint Interim Status Report.

1. Have all the defendants been served? If not, state the reasons.

**ANSWER:** **All defendants have been served.**

2. Have all defendants responded to the complaint? If not, state the reasons.

**ANSWER:** **All defendants have responded to the complaint.**

3. If this is a class action, has a motion for class certification been filed? If so, what is its status?

**ANSWER:** **This is not a class action however the action has been filed as an opt-in. Plaintiff reserves the right to fully utilize the FLSA opt-in process, and will seek leave to amend or certify if applicable. Defendants reserved their right to object to Plaintiff's leave to amend or request certification of any class action in this matter.**

4. Have the parties filed their Notice of Selection of Mediator? Have the parties agreed upon a place, date, and time for mediation?

**ANSWER: Per the Court Order the deadline to file the Proposed Order Scheduling Mediation is due on October 18, 2017. [DE30]. The Parties are conferring regarding an agreed mediator however as of the date of filing the instant Report the Parties have not currently agreed to a mediator, a date, or a location.**

5. Have the parties engaged in informal settlement negotiations? If not, explain the reason(s) for the failure to do so. If yes, state the status of such negotiations (e.g., ongoing, impasse, etc.) and the relative prospects for resolution through informal means.

**ANSWER: Yes and said negotiations are ongoing. The Parties are far apart in their settlement communications but will continue to explore settlement through informal negotiations in good faith.**

6. Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.

ANSWER: The parties are currently engaging in depositions of the Plaintiff and non-party witnesses. Plaintiff has served his discovery and received responses to same. Plaintiff has also served supplemental discovery which has not come due to date. Defendants served discovery which has not come due to date. Plaintiff has also Noticed an Inspection of Defendants' Premises as permitted under Rule 34 as Defendants are contesting FLSA coverage/subject-matter jurisdiction. The Parties believe they will likely be able to meet the Court's November 22, 2017, deadline for fact discovery however Plaintiff and Defendants reserve their right to move for an extension of time should same be necessary.

7. Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.

**ANSWER:** There are no such issues known to the parties at this time.

DATED: The 9 day of October, 2017.

Respectfully submitted,

s/ Rivkah F. Jaff
Rivkah F. Jaff, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
Florida Bar No. 107511
Email: rivkah.jaff@gmail.com
*Counsel for Plaintiff*

s/ Bill Ullman/ Rosenny Burgos
Bill Ullman, Esq.
1 NE 2 Avenue, Suite 202
Miami, FL 33132
Telephone: 305-358-0284
Facsimile: 888-441-7019
Cell: 305-358-0284
Florida Bar No.98227
Florida Bar No. 115413
Email: bill@billullman.com
*Counsel for Defendants*